## Ingram v. Commonwealth.

(Decided June 27, 1928.)

### Appeal from Letcher Circuit Court.

Abduction.—In prosecution for detaining female, testimony of mother of prosecuting witness, over objection of defendant, that daughter made complaint immediately upon mother's return, held error.

R. MONROE FIELDS for appellant.

J. W. CAMMACK, Attorney General, and S. H. BROWN, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY DRURY, COMMISSIONER—
Reversing.

Kirby Ingram was given two years in the penitentiary for detaining a female. The mother of the prosecuting witness was, over the objection of the defendant, allowed to state her daughter made complaint immediately upon the mother's return. That was error. See Kirby v. Com., 210 Ky. 353, 275 S. W. 866, and cases cited there. There was evidence that this prosecution was a frame-up, to punish the defendant for having driven the mother of the prosecuting witness out of his berry patch, and defendant urges he was entitled to a peremptory instruction, but we regard the evidence as sufficient to take the case to the jury.

The judgment is reversed.